# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Kenton Tyler Chastain
(full name)                          (Register No.)

Plaintiff(s).

v.

Christian county Jail
(Full name)

Defendant(s).

Case No. 17-3388-CV-S-BCW-P

Defendants are sued in their (check one):
___ Individual Capacity
___ Official Capacity
X Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Fulton reception and Diagnostic correction center PO box 190 Fulton, MO 65251

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Kenton Tyler Chastain Register No. 1213654
   Address FRDC PO box 190 Fulton, MO 65251

B. Defendant Christian county Jail
   Is employed as Christian county Sherrifs office

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

III.     Do your claims involve medical treatment?     Yes ✓     No ___

IV.     Do you request a jury trial?     Yes ___     No ✓

V.     Do you request money damages?     Yes ✓     No ___

State the amount claimed?     $70,000 / 100,000 (actual/punitive)

VI.     Are the wrongs alleged in your complaint continuing to occur?     Yes ✓     No ___

VII.    Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
   Yes ✓     No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution?     Yes ___     No ✓

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____
_____
_____
_____

D. If you have not filed a grievance, state the reasons.
I did not get the chance to file a grievance because I was medicated after surgery and they took me back to DOC the day after it happened

VIII.   Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case?     Yes ___     No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated?     Yes ___     No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

   (1) Style: _____
              (Plaintiff)                    (Defendant)
   (2) Date filed: _____

2

Case 6:17-cv-03388-BCW   Document 1   Filed 12/07/17   Page 2 of 6

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
   (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
   (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

I had filed a 180 day writ while in treatment in 2015. Christian county picked me up for that writ from Department of corrections. In December of 2015, while I was there in a-wing of the Jail a door that was supposedly fixed by maintnance crushed and severed my Right middle finger off and Right ring finger off. They did not take any pictures or file an incident report. This happened in Mid January of 2017. When I returned to the Jail after surgery, I contacted an attorney Lisa Mills of Springfield, MO. Then shortly after my call they took me back up to FRDC and upon my arrival. The medical staff there asked what happened and they said they would fax records.
continued on page #1

B. State briefly your legal theory or cite appropriate authority:
My theory is that if this said door was fixed by maintance the same day it took off my fingers why is something not done. I was on a writ I was a ward of the state on a writ. Upon my arrival back to DOC in January of 2017 DOC requested from them all incident reports and record (medical) They did not respond. Shortly after this happened the same door crushed another inmates fingers.

3

A:
They never faxed anything to FRDC or Farmington correctional center where I was doing my year long treatment. To this day they still have not done that. I keep getting medical bills for surgery, anistesia ext. I got up cause I was on a boat in the day room to go use the bathroom. The doors spring is busted which it feels like a 300lb person is trying to shut it on you well it was at night went into the cell and people were asleep I didnt want to wake them so I let the door shut slowly with my right hand and my hand slipped through about and 1foot gap and the door took my fingers off the tips of them. To this day I still cannot grip anything rite or hold anything tite.

B: This inmate recieved about the same thing from the county. That I did it's like it never even happened at all.

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
I want my medical bills paid for which tally up to around $68,000 and I want therapy for my hand and some type of money for damages to my dominant hand.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?    Yes ✓ No ____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.
Lisa Mills, out of Springfield, MO 65807
She reffered me to Corbett law firm, Springfield, MO 65807

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ✓ No ~~✗~~

If your answer is "Yes," state the name and address of the lawyer.
Lisa Mills of Courtney + Mills Springfield, MO but she dropped me cause of conflict of intrest

I declare under penalty of perjury that the foregoing is true and correct.

Executed (signed) this 30th day of November 20 17

_____
Signature(s) of Plaintiff(s)

Kenton T. Chastain # 1213654
FRDC H2 6-A-101
PO Box 190
: Fulton, MO 65251

This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

2017 DEC -7 AM 11:49 RECEIVED
CLERK US DIST COURT
WEST DIST OF MO.
KANSAS CITY, MO.

MAILED FROM
FULTON RECEPTION AND
DIAGNOSTIC CENTER

US District Court clerk office
1510 Whittaker courthouse
400 e. Ninth St.
Kansas City, MO 64106